DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MARTINEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3480

[June 2, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 13-015743CF10A.

Deana Marshall of the Law Office of Deana K. Marshall, P.A., Riverview, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***